MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Plaintiff,*
*Whirlpool Corp.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| WHIRLPOOL CORP., | Honorable |
| Plaintiff, | Civil Action No. |
| v. | |
| MIDEA GROUP CO., LTD.; MIDEA AMERICA CORP., | **COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Whirlpool Corp. ("Whirlpool" or "Plaintiff") brings this Complaint against Defendants Midea Group Co., Ltd. and Midea America Corp. (collectively, "Midea" or "Defendants"), alleging as follows:

### NATURE OF ACTION

1. Pursuant to Local Civil Rule 10.1, the address for the principal place of business for Plaintiff and each Defendant, is as follows:

> Whirlpool Corp.
> 2000 North M-63
> Benton Harbor, MI 49022
>
> Midea Group Co., Ltd.
> Midea Headquarters Building

1

>No. 6 Midea Avenue
>Beijiao Town, Shunde District, Foshan City,
>Guangdong Province, China 528311
>
>Midea America Corporation
>300 Kimball Drive, Suite 201
>Parsippany, NJ 07054

2. As alleged below, this is an action for patent infringement based on Midea's unlawful use of Whirlpool's patent directed to low-profile microwave hood combination products. Midea copied Whirlpool's award-winning design, and its misconduct has caused Whirlpool significant damage and irreparable harm.

## THE PARTIES

3. Plaintiff Whirlpool Corp. is a Delaware corporation having its principal place of business located at 2000 North M-63, Benton Harbor, MI 49022.

4. Defendant Midea Group Co., Ltd. ("Midea Group") is a Chinese corporation having its principal place of business located at the Midea Headquarters Building, No. 6 Midea Avenue, Beijiao Town, Shunde District, Foshan City, Guangdong Province, China 528311.

5. Defendant Midea America Corp. ("Midea America") is a Florida corporation having its principal place of business located at 300 Kimball Drive, Suite 201, Parsippany, NJ 07054. On information and belief, Midea America is a wholly owned subsidiary of Midea Group.

## JURISDICTION AND VENUE

6. This is a civil action for patent infringement under 35 U.S.C. § 271 *et seq*.

7. This Court has subject matter jurisdiction over this action under the laws of the United States, 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has general personal jurisdiction over Midea because Midea is engaged in substantial and not isolated activity within this judicial district. This Court has specific jurisdiction over Midea because Midea has committed acts giving rise to this action and has

established more than minimum contacts within this judicial district, such that the exercise of jurisdiction over Midea in this Court would not offend traditional notions of fair play and substantial justice. Midea has also placed infringing products into the stream of commerce by shipping those products into New Jersey or knowing that the products would be shipped there.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)–(c) and 1400(b) because Midea America has its principal place of business and has committed acts of patent infringement within this judicial district. Venue is proper for Midea Group, a Chinese company, because suits against foreign entities are proper in any judicial district.

10. On information and belief, Midea Group and Midea America collaborate with respect to the development, marketing, sale, importation and/or distribution of Midea products. On information and belief, Midea Group and Midea America are agents of one another and/or operate in concert as integrated parts of the same business group and enter into agreements with each other that are nearer than arm's length. Upon information and belief, Midea America acts at the direction, and for the benefit, of Midea Group, and is controlled and/or dominated by Midea Group. Upon information and belief, Midea Group and Midea America work collaboratively and in concert either directly or indirectly through one or more of their wholly owned subsidiaries with respect to the manufacturing, marketing, sale, and distribution of Midea products, including the Accused Products, throughout the United States, including in New Jersey.

## FACTUAL BACKGROUND

**Whirlpool's Background**

11. Whirlpool is a leading home appliance company dedicated to improving customers' quality of life at home through efficient, reliable, and innovative appliances.[1] As the only major

---
[1] *See* https://ar.whirlpoolcorp.com/whirlpool-at-a-glance/.

manufacturer of kitchen and laundry appliances based in the United States, nearly 90% of Whirlpool's 2024 sales occurred in the Americas.[2]

12. Among its areas of specialty, Whirlpool designs and manufactures kitchen appliances, including low-profile microwave hood combination products ("LP-MHCs"). LP-MHCs are designed to fit into the undercabinet hood space above a cooking range, providing a two-in-one kitchen appliance that cooks and provides ventilation.[3] Compared to their traditional counterparts, LP-MHCs have significantly scaled down overall vertical dimensions, allowing their installation in areas that previously could only accommodate a standalone ventilation hood.[4] The benefit of this compact design is preserved through a LP-MHC's robust air circulation of byproducts produced when using the cooking range below (e.g., smoke or grease). An LP-MHC's space-saving properties save countertop space without sacrificing performance, providing users with an efficient and innovative dual-function kitchen appliance.

13. The below images show certain of the components for an exemplary Whirlpool LP-MHC (Model No. WMML5530RZ):



---

[2] *Id.*

[3] https://www.whirlpool.com/blog/kitchen/what-is-a-low-profile-microwave.html.

[4] *See* Exhibit A (U.S. Patent No. 12,289,819) at 1:38-58; 4:40-60.





14. Whirlpool's LP-MHCs created a new, first-to-market category of MHCs, which had a significant impact on the cooking appliance industry and has enjoyed enormous commercial success. Whirlpool's creation of the LP-MHC product category was publicized in the industry and earned Whirlpool a 2019 iF Design Award.[5]

---

[5] https://www.prnewswire.com/news-releases/whirlpool-corporations-innovative-design-wins-big-at-if-design-awards-300813555.html.

15. Whirlpool has also been awarded numerous patents for its innovative LP-MHCs, including the patent identified herein. Whirlpool's products practice the claims of those patents.

**Accused Products and Activities**

16. Commercial success and patenting are often accompanied by copying from competitors. That is the case here. Indeed, subsequent to Whirlpool's product launch, Midea launched a line of copycat products that practice the Asserted Patent. Midea's website even references the "low profile" design of LP-MHCs, a term coined by Whirlpool after conducting market research:



17. Upon information and belief, Midea manufactures and sells infringing products under the "Midea" brand name. Midea's infringing products include at least the following Stock Keeping Unit ("SKU"): MMO12S3AST.

18. Upon information and belief, Midea also manufactures infringing products sold by third-party distributors using various other brand names. In particular, Midea manufactures LP-MHCs distributed by Haier Group Corp. and Haier U.S. Appliances Solutions, Inc. d/b/a GE Appliances, sold under the "GE" brand name, such as SKU No. UVM9125STSS; Cosmo Products, LLC, sold under the "Cosmo" brand name, such as SKU No. COS-3012ORLP1SS; Meyer Corporation, U.S., sold under the "Farberware" brand name, such as SKU No. FMR12LPSS;

Koolmore Supply, Inc., sold under the "Koolmore" brand name, such as SKU No. KM-MLPOT-1SS; Electrolux Consumer Products, Inc. and Electrolux Professional AB, sold under the "Frigidaire" and "Electrolux" brand names, such as SKU Nos. GMOS1266AF and GMOS1266SS; THOR International d/b/a THOR Kitchen, Inc., sold under the "THOR" brand name, such as SKU No. TOR30L; Unique Appliances Ltd., sold under the "Unique" brand name, such as SKU No. UNQ-30CR OTR W; and CTM Household Appliances Inc., sold under the "FORNO" brand name, such as SKU No. FOTR3080-30. Together with the Midea-branded accused products, each of the aforementioned Midea-manufactured products distributed by third parties in the United States are collectively referred to herein as the "Accused Products."

19. The below images show certain of the components for an exemplary Accused Product sold under the Midea brand name (SKU No. MMO12S3AST), which constitutes an LP-MHC.







### **THE ASSERTED PATENT**

20.     On April 29, 2025, the United States Patent and Trademark Office issued United States Patent No. 12,289,819 B2 ("the '819 patent"), titled "Combination Microwave and Hood System." The '819 patent lists the following individuals as inventors: Owen (XunCai) Zhang, Michael A. Ledford, Stephen Zheng, and Xiangxu Liu. The '819 patent is valid and enforceable.

A copy of the '819 patent is attached as Exhibit A. Whirlpool is the owner of the '819 patent by written assignment. Whirlpool thus has standing to bring suit for infringement of the '819 patent.

21. Whirlpool has complied with the marking requirements under 35 U.S.C. § 287 such that Whirlpool is entitled to collect past damages for infringement of the Asserted Patent. Whirlpool's LP-MHCs practice the Asserted Patent, and Whirlpool's practicing products have been marked with the Asserted Patent number.

## COUNT I

### (Infringement of U.S. Patent No. 12,289,819)

22. Whirlpool realleges and incorporates by reference, as if fully set forth herein, all of the allegations contained in paragraphs 1–21 of this Complaint.

23. Upon information and belief, Midea makes, uses, imports, offers for sale, and/or sells in the United States the Accused Products that directly infringe at least claims 1-18, 21-22, and 24-30 of the '819 patent, under 35 U.S.C. § 271(a).

24. By way of non-limiting example, Exhibit B, submitted herewith, is a claim chart showing how the Midea, Haier, Cosmo, Meyer, Koolmore, THOR, Unique, and FORNO-branded Accused Products directly infringe asserted independent claims 1 and 30 of the '819 patent. The Midea, Haier, Cosmo, Meyer, Koolmore, THOR, Unique, and FORNO-branded Accused Products are representative of each other for purposes of infringement. A claim chart showing how the Electrolux-branded Accused Products directly infringes asserted independent claims 1 and 30 of the '819 Patent is attached as Exhibit C.

25. Upon information and belief, Midea currently actively induces and has induced infringement of the '819 patent pursuant to 35 U.S.C. § 271(b) through, among other things, actively encouraging others to make, use, import, offer for sale, and/or sell in this judicial district and elsewhere in the United States the Accused Products.

26. For example, Midea actively promotes the sale, use, and importation of the Accused Products in marketing materials, product manuals, and web pages on its website,[6] and through its sales and distribution channels that encourage infringing sales, offers to sell, and importation of the Accused Products. Midea additionally encourages the third-party distributors referenced above to distribute in the United States infringing Accused Products manufactured by Midea.

27. Upon information and belief, Midea has had knowledge of the '819 patent and that the Accused Products infringe the asserted claims of the '819 patent and learned of this at least from the filing of this Complaint. Contemporaneously with the filing of this Complaint, Whirlpool provided Midea with a copy of the Complaint and exhibits to the Complaint. As a result, Midea received notice of the '819 patent and the infringement at issue no later than the filing of the Complaint. By the time of trial, Midea will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce the infringement of the '819 patent.

28. Upon information and belief, Midea's infringement of the '819 patent has been and continues to be willful.

29. Upon information and belief, Midea knew of the '819 patent or was willfully blind to its existence.

30. Midea's infringement of the '819 patent has been without permission, consent, authorization, or license from Whirlpool.

31. As a result of Midea's infringement, Whirlpool has suffered and will continue to suffer damages, including past damages, in an amount to be proved at trial. In addition, Midea's

---

[6] *See, e.g.*, https://www.midea.com/us/store/microwaves/over-the-range/midea-over-the-range-microwave.MMO12S3AST (web page for MMO12S3AST; markets the product as having a "slim design [that] saves overhead space without sacrificing cooking power" and provides links to product manuals) (last accessed August 26, 2025).

infringement caused and will continue to cause Whirlpool irreparable harm, for which there is no adequate remedy at law, warranting an injunction from the Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court:

A.    Adjudge that Midea has infringed and is infringing one or more claims of the Asserted Patent, directly and/or indirectly, literally, and/or under the doctrine of equivalents;

B.    Award damages, including past damages, sufficient to compensate Plaintiff for Midea's infringement under 35 U.S.C. § 284, including an award of treble damages for willful infringement;

C.    Find this case exceptional under 35 U.S.C. § 285, and award Plaintiff its reasonable attorneys' fees;

D.    Enjoin Midea, and all persons in concert or participation with it, from directly or indirectly infringing one or more claims of the above Asserted Patent, directly and/or indirectly, literally, and/or under the doctrine of equivalents;

E.    Award Plaintiff its costs and expenses incurred in this action;

F.    Award Plaintiff pre-judgment and post-judgment interest; and,

G.    Grant Plaintiff such further relief as the Court deems just and appropriate.

                                        MIDLIGE RICHTER LLC
                                        *Attorneys for Plaintiff, Whirlpool Corp.*

                                        By:   *s/ James S. Richter*
                                                    James S. Richter

Dated: November 18, 2025

OF COUNSEL:

Brian E. Ferguson  (*pro hac vice* forthcoming)
Robert T. Vlasis III  (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
202-282-5000
beferguson@winston.com
rvlasis@winston.com

Kurt Mathas (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
300 N. LaSalle Drive
Suite 4400
Chicago, IL 60654
312-558-5600
kmathas@winston.com

## **DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury of all claims so triable.

                    MIDLIGE RICHTER LLC
                    *Attorneys for Plaintiff, Whirlpool Corp.*

                    By:   *s/ James S. Richter*
                            James S. Richter

Dated: November 18, 2025

OF COUNSEL:

Brian E. Ferguson  (*pro hac vice* forthcoming)
Robert T. Vlasis III  (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
202-282-5000
beferguson@winston.com
rvlasis@winston.com

Kurt Mathas (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
300 N. LaSalle Drive
Suite 4400
Chicago, IL 60654
312-558-5600
kmathas@winston.com

## CERTIFICATION PURUSANT TO L. CIV. R. 201.1

Under Local Civil Rule 201.1, the undersigned counsel hereby certifies that to my knowledge, Plaintiff's Complaint seeks damages that exceed the sum of $150,000, exclusive of interest and costs and any claim for punitive damages, and seeks injunctive and other equitable relief, and therefore this action is not appropriate for compulsory arbitration.

<em>s/ James S. Richter</em><br>
James S. Richter

Dated: November 18, 2025

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

Pursuant to Local Civil Rule 11.2, contemporaneous with the filing of this Complaint, Whirlpool filed a Complaint for Patent Infringement with the U.S. International Trade Commission (ITC), asserting the same Asserted Patent against the same Midea Accused Products. The ITC action additionally names the following entities as proposed respondents to the investigation: Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"); LG Electronics Inc. and LG Electronics USA, Inc. (collectively, "LG"); Haier Group Corporation and Haier US Appliance Solutions, Inc. d/b/a GE Appliances (collectively, "Haier"); Electrolux Professional AB and Electrolux Consumer Products, Inc. (collectively, "Electrolux"); Cosmo Products, LLC; Meyer Corporation, U.S.; Koolmore Supply, Inc.; THOR International d/b/a THOR Kitchen, Inc.; Unique Appliances Ltd.; and CTM Household Appliances Inc. d/b/a FORNO. Whirlpool has additionally filed similar complaints for patent infringement in the U.S. District Courts against Samsung, LG, Haier, and Electrolux. I hereby certify that the matter in controversy in the above-captioned action against Midea is otherwise not the subject of any other

action pending in any court, or of any pending arbitration or administrative proceeding.

*s/ James S. Richter*
James S. Richter

Dated: November 18, 2025